UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,

Plaintiff(s)

- v -

SELECTIVE WAY INSURANCE COMPANY,

Defendant(s)

_____

**RULE 7.1 STATEMENT**

24-cv-8516
Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor.  If there are no such corporations, the form shall so state.

Travelers Indemnity Company of Connecticut is 100% owned by The Phoenix Insurance Company, which is 100% owned by the Travelers Indemnity Company, which is 100% owned by Travelers Insurance Group Holdings Inc., which is 100% owned by Travelers Property Casualty Corp., which is 100% owned by The Travelers Companies, Inc. The Travelers Companies, Inc. is the only publicly held company in the corporate family. No individual or corporation owns 10% or more of the stock of The Travelers Companies, Inc.

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

Travelers Indemnity Company of Connecticut is a citizen of the State of Connecticut.

11/8/24
Date

/s/Amy C. Gross
Signature of Attorney

AG8836
Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf  SDNY Web 12/2022